# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | CIVIL ACTION NO. 1:08-CV-2233 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of April, 2009, upon consideration of plaintiff's motion to file an amended complaint (Doc. 22) pursuant to Federal Rule of Civil Procedure 15(a), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 22) is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before May 26, 2009. The amended complaint shall carry the same civil docket number (1:08-CV-2233) presently assigned to this matter.

3. The amended complaint shall be a short, plain, and concise statement of the claim and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. FED. R. CIV. P. 8(e)(1).

4. The pending motions to dismiss (Docs. 14, 19, 25) are DISMISSED as moot. The Clerk of Court is directed to TERMINATE these motions. In the event that plaintiff fails to file an amended complaint within the allotted time period, the court will reinstate the motions to dismiss.

5. Plaintiff's motion for an extension of time (Doc. 23) to respond to defendant O'Brien's motion to dismiss is DENIED as moot.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge