# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | **CIVIL ACTION NO. 1:08-CV-2233** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of June, 2009, upon consideration of plaintiff's motion for an extension of time to file an amended complaint (Doc. 30), and plaintiff's "affidavit in support of plaintiff's motion for a temporary restraining order and injunction" (Doc. 31), it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time to file an amended complaint (Doc. 30) is GRANTED.

2. Plaintiff shall FILE an amended complaint on or before July 24, 2009. The amended complaint shall carry the same civil docket number (1:08-CV-2233) presently assigned to this matter.

3. The amended complaint shall be a short, plain, and concise statement of the claim and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. FED. R. CIV. P. 8(e)(1).

4. Plaintiff's "affidavit in support of plaintiff's motion for a temporary restraining order and injunction" (Doc. 31) is STRICKEN from the record because there is no pending motion for a restraining order and injunction.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge