# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP CARPENTER**, | CIVIL ACTION NO. 1:08-CV-2233 |
| **Plaintiff** | (Judge Conner) |
| v. | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | |
| **Defendants** | |

## **ORDER**

AND NOW, this 5th day of October, 2009, upon consideration of plaintiff's motion for an order directing service of the amended complaint on newly named defendants (Doc. 49), as well as his motion for an enlargement of time (Doc. 50) to respond to pending motions to dismiss (Docs. 40, 42), it is hereby ORDERED that:

1. Plaintiff's motions (Docs. 49, 50) are GRANTED.

2. The United States Marshal is directed to SERVE plaintiff's amended complaint (Doc. 39) on the newly named defendants.

3. Plaintiff shall file briefs in opposition to the pending motions to dismiss (Docs. 40, 42) on or before November 2, 2009. **No further extensions of time will be granted.**

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge