# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | **CIVIL ACTION NO. 1:08-CV-2233** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of January, 2010, upon consideration of defendant Dr. Jesse's unopposed motion for leave (Doc. 74) to join in co-defendants' motions to dismiss (Docs. 42, 68), and upon consideration of plaintiff's motion for an extension of time (Doc. 84) to respond to defendants' motion to dismiss (Doc. 78) it is hereby ORDERED that:

1. Defendant Dr. Jesse's motion for leave (Doc. 74) to join in co-defendants' motions (Docs. 42, 68) to dismiss is GRANTED.

2. Defendant Dr. Jesse shall file a supporting brief on or before January 28, 2010.

3. Plaintiff's motion for an extension of time is PARTIALLY GRANTED in that plaintiff shall respond to defendants' motions on or before March 8, 2010. The motion is DENIED in all other respects.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge