# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP CARPENTER**, : | **CIVIL ACTION NO. 1:08-CV-2233** |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **SUPERINTENDENT KLOPTOSKI**, : | |
| et al., : | |
| Defendants : | |

## ORDER

AND NOW, this 22nd day of February, 2010, upon consideration of plaintiff's motion for contempt (Doc. 88) against defendant Jesse based upon defendant's failure to forward copies of plaintiff's medical and mental health records to plaintiff in accordance with this court's order of January 8, 2010 (Doc. 87, ¶ 2), and it appearing from defendant's response that counsel did not realize that medical and mental health records were to be sent to plaintiff (Doc. 90, at 1), and it further appearing that a complete copy of the medical and mental health records were expeditiously forwarded to plaintiff[1], it is hereby ORDERED that the motion is DENIED.[2]

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge

---

[1] The records were forwarded on February 12, 2010, the very day plaintiff filed the motion to compel. (Doc. 90-2)

[2] Inasmuch as plaintiff contends that defendant Jesse failed to forward grievances to him, defendant is correct in that the grievance files were not to be forwarded to plaintiff. Rather, the grievances were to be returned to the Pennsylvania Department of Corrections. According to defendant, this has been done. (Doc. 90, at 1.)