## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER,** | : | **CIVIL ACTION NO. 1:08-CV-2233** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT KLOPTOSKI,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 26th day of February, 2010, upon consideration of the motion

to dismiss (Doc. 79) plaintiff's amended complaint (Doc. 39), pursuant to Federal

Rule of Civil Procedure 12(b)(6)[1], filed on behalf of defendant Crawford

Manufacturing Corporation ("Crawford"), and it appearing that plaintiff has failed

to file a brief in opposition to the motion in accordance with local rules of court, <u>see</u>

L.R. 7.6, and that plaintiff's failure to oppose the motion indicates abandonment of

the claims against Crawford, <u>see</u> <u>D'Angio v. Borough of Nescopeck</u>, 34 F. Supp. 2d,

256, 265 (M.D. Pa. 1999) (noting that abandonment of a position is tantamount to

waiver), <u>see also</u>, <u>Ober v. Miller</u>, No. 1:04-CV-1669, 2007 WL 4443256 , at *14

(M.D.Pa. Dec. 18, 2007) (finding that plaintiff's failure to oppose defendants' motion

for summary judgment on his equal protection claim resulted in abandonment of

---

[1]Rule 12(b)(6) of the Federal Rules of Civil Procedure provides for the
dismissal of complaints that fail to state a claim upon which relief can be granted.
FED. R. CIV. P. 12(b)(6).

the claim), it is hereby **ORDERED** that Crawford's motion to dismiss the amended

complaint (Doc. 79) pursuant to Federal Rule of Civil Procedure 12(b)(6) is

**DEEMED** unopposed, <u>see</u> L.R. 7.6, and **GRANTED**.  The Clerk of Court is directed

to **TERMINATE** Crawford as a named defendant.


   <u> S/ Christopher C. Conner    </u>
CHRISTOPHER C. CONNER
United States District Judge