# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | CIVIL ACTION NO. 1:08-CV-2233 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 9th day of March, 2010, upon consideration of plaintiff's motion for a "temporary restraining order/injunction" (Doc. 34), filed on June 23, 2009, and it appearing that a brief in support of the motion has not been filed as of the date of this order, it is hereby ORDERED that the motion (Doc. 34) is deemed WITHDRAWN.  See L.R. 7.5.


          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge