# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | CIVIL ACTION NO. 1:08-CV-2233 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPOTOSKI**, et al., | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 7th day of June, 2010, upon consideration of the motion to stay discovery (Doc. 124) filed on behalf of defendants Superintendent Klopotoski, Nurse Irene, Governor Edward Rendell, Jeffrey A. Beard, Sharon M. Burks, Dorina Varner, Robin Lucas, Mark D. Goldberg, Alan B. Fogel, Health Care Administrator Ginnochetti, Health Care Administrator Tom Leskowski, Mr. Miskell, Superintendent James T. Wynder, Deputy Superintendent Mooney, Deputy Superintendent McGrady, Norman Demming, Deputy Superintendent Kneiss and Unit Manager Galen Miller, in which defendants seek a stay of discovery until this court has disposed of the pending motion to dismiss (Doc. 78) plaintiff's complaint, and the United States Court of Appeals has resolved plaintiff's pending appeal, and it appearing that plaintiff will not suffer any prejudice by staying discovery, it is hereby ORDERED that:

1. Defendants' motion to stay discovery (Doc. 124) is GRANTED.

2. Discovery is STAYED until such time as defendants' motion to dismiss (Doc. 78) plaintiff's complaint is ruled upon and the United States Court of Appeals for the Third Circuit renders a decision on plaintiff's appeal.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge