# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP CARPENTER**, | : | CIVIL ACTION NO. 1:08-CV-2233 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT KLOPTOSKI**, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this day of 11th day of March, 2011, upon consideration of various motions filed by plaintiff (Docs. 137, 144, 145, 147, 151), it is hereby ORDERED that:

1. Plaintiff's motions for Joinder/Amendment (Docs. 137, 145) are DEEMED withdrawn for failure to file supporting briefs. See L.R. 7.5.

2. Plaintiff's motion for an extension (Doc. 147) of time to answer defendant Jesse's motion for summary judgment is GRANTED. Plaintiff shall file a brief in response to the motion in accordance with L.R. 7.6, and a response to the statement of material facts in accordance with L.R. 56.1, on or before April 11, 2010.

3. Plaintiff's motion to take depositions (Doc. 144) of all defendants is DENIED without prejudice to plaintiff's right to serve depositions by written questions. FED. R. CIV. P. 31.

4. Plaintiff's motion for appointment of counsel (Doc. 151) is DENIED because the resolution of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel). To the extent that plaintiff seeks counsel due to his deteriorating medical condition, the court will take into account his circumstances when setting deadlines and entertaining motions for extensions of time.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge